# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:18-cv-366 |
| Plaintiff, | : | |
| v. | : | JUDGE WALTER H. RICE |
| ONE HUNDRED NINETY-ONE THOUSAND, ONE HUNDRED THIRTY-FIVE DOLLARS IN UNITED STATES CURRENCY ($191,135.00), *et al.*, | : | |
| Defendants. | : | |

## ORDER LIFTING STAY

This matter is before the Court on the Plaintiff United States' Motion to Lift Stay (Doc. No. 14). Following a joint motion of the parties, the Court stayed this civil forfeiture proceeding pending the conclusion of the related criminal case. (Doc. No. 11.) Since that entry, the parties have resolved their interests in the defendant property through settlement. (Doc. No. 13.)

Therefore, it is hereby **ORDERED** that the Plaintiff United States' Motion to Lift Stay is **GRANTED**. The parties are directed to submit a stipulated dismissal as set forth in the Settlement Agreement (*Id.* at ¶ 25).

**IT IS SO ORDERED.**

HONORABLE WALTER H. RICE
UNITED STATES DISTRICT JUDGE